Lois G. McClellan, as Administratrix of the Estate of Fred C. McClellan, Sr., Deceased, Respondent, v. City of Buffalo et al., Appellants, et al., Defendants.— Order affirmed, without costs of this appeal to either party. (See *Hawkes* v. *City of Buffalo*, 269 App. Div. 1009, motion for leave to appeal denied 270 App. Div. 799, 295 N. Y. 822.) All concur. (Appeal from an order granting a motion by plaintiff to strike out certain portions of the answer of defendants city and Persico, and directing service of an amended answer, in an automobile fire truck negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 284 App. Div. 836.]

■

William H. Kearney, Appellant-Respondent, v. J. P. Byrne & Co., Inc., Respondent-Appellant.— Upon reargument, original decision, filed March 3, 1954, adhered to. Memorandum: Defendant urges on reargument that this court has given credit twice to the plaintiff for the sum of $5,500, and refers to the testimony of plaintiff that of the $6,000, $5,500 "is posted on the Kearney Account Number 2". An examination of the Exhibit (85) shows that it was so posted, but it appears on the debit side of the account, not on the credit side, consequently defendant's argument of double credit for this item falls. Neither do we agree that counsel for the plaintiff conceded a failure of proof as to the difference of $5,000 in that account, for which no supporting checks were produced. We think the Exhibit should have been received and the question of its probative value left to the jury as a question of fact. All concur. (Reargument of cross appeals from a judgment for defendant in an action under an employment contract. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler. JJ. [See *ante,* pp. 845, 851.]